**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State,                                          Respondent,

v.

Olbin Noel Banegas-
Maldonado,                                          Appellant.

———————

Appeal From Lexington County
Clifton Newman, Circuit Court Judge

———————

Unpublished Opinion No. 2012-UP-373
Submitted June 1, 2012 – Filed June 20, 2012

———————

**APPEAL DISMISSED**

———————

Appellate Defender Tristan M. Shaffer and Deputy Chief Appellate Defender Wanda H. Carter, both of Columbia, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General Salley W. Elliott,

all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.


**PER CURIAM:** Olbin Noel Banegas-Maldonado appeals his convictions of voluntary manslaughter and first-degree burglary, arguing the trial court erred in instructing the jury it must deliberate in an effort to reach a unanimous verdict. After a thorough review of the record and counsel's brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]

**APPEAL DISMISSED.**

**PIEPER, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.